UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

**ORDER**

05-CR-492 (NGG)

-against-

GERARD PRICE,

Defendant.
------------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

The Government has moved in limine to preclude cross-examination of cooperating witness Michael Brown with respect to two incidents of violence: (1) a 1997 misdemeanor assault conviction involving domestic violence and subsequent violations of an order of protection, and (2) a 1999 altercation with a woman in which Brown slashed the woman's face. (See Docket Entry #120 ("Gov't Mot.").) The court concludes that these incidents are not probative of Brown's credibility or any other matter relevant to the case, and are likely to provoke undue embarrassment and prejudice to the witness. See United States v. Nelson, 365 F. Supp. 2d 381, 390 (S.D.N.Y. 2005) (balancing similar factors). Ample opportunities remain for the defense to cross-examine Brown regarding his personal history of violence. (Gov't Mot. 3.) Both incidents are therefore properly excluded pursuant to Federal Rule of Evidence 608(b) ("[s]pecific instances of conduct of a witness" are proper on cross-examination "if probative of truthfulness or untruthfulness").

SO ORDERED.

Dated: Brooklyn, New York
April 13, 2009

s/ Nicholas G. Garaufis_____
NICHOLAS G. GARAUFIS
United States District Judge